**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01038-CR

### LUSIO MORALES LIMAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F10-72294-X

## ORDER

The Court **GRANTS** appellant's October 17, 2013 motion to supplement the reporter's record.

We **ORDER** court reporter Debi Harris to file a supplemental reporter's record, within **FIFTEEN (15) DAYS** from the date of this order, that contains State's Exhibit #2, telephone conversation recording and State's Exhibit #4 police interview recording.

We **ORDER** appellant to file his brief **FORTY-FIVE (45) DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE